AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

UNITED STATES

v.

ELI VELIZ-COLEMAN

APPEARANCE

CASE NUMBER: 08 MJ 117M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for ELI VELIZ-COLEMAN

I certify that I am admitted to practice in this court.

8/8/08
*Date*

*Signature*

SCOTT A. LUTES
*Print Name*

3502
*Bar Number*

ONE TURKS HEAD PLACE, SUITE 1440
*Address*

PROVIDENCE, RI 02903
*City* *State* *Zip Code*

(401) 861-1142
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.