AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

ELI VELIZ-COLEMAN

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 08 MJ 117M

I, ELI VELIZ-COLEMAN, charged in a (complaint) (petition) pending in this District with Possession of False Identification Documents & USING A False IDENTIFICATION DOCUMENT in violation of Title 18, U.S.C., 1028(a) 4 & 1546(b), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
Defendant

8/8/08
Date

[signature]
Counsel for Defendant