1550948

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
AUG 05 2008

# United States District Court

DISTRICT OF RHODE ISLAND

District of Rhode Island

UNITED STATES OF AMERICA

V.

ELI VELIZ-COLEMAN

aka Emmanuel Gonzalez

## WARRANT FOR ARREST

CASE NUMBER: 1:08-MJ-117M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ELI VELIZ COLEMAN a/k/a Emmanuel Gonzalez
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
identity theft and use and possession of false identification documents

in violation of Title 18 United States Code, Section(s) 1028(a)(4) & 1546(b)

Hon. David L. Martin
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

David L Martin
Signature of Issuing Officer 8-5-08

August 5, 2008 at Providence, Rhode Island
Date and Location

Bail fixed at $ ______ by Hon. David L. Martin
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at North Dartmouth MA by ICE | | |
| DATE RECEIVED 08/05/08<br>DATE OF ARREST 08/08/08 | NAME AND TITLE OF ARRESTING OFFICER CT Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |

This form was electronically produced by Elite Federal Forms, Inc.